

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00356-CR

Angelica **NAVARRO-DEPAZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR13056
Honorable Melisa C. Skinner, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED March 27, 2024.

_____
Beth Watkins, Justice